**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

ELVIN ALEXANDER COREAS,                    )
                                           )
            Petitioner,                    )
                                           )
v.                                         )          Case No. CIV-26-151-J
                                           )
KRISTI NOEM, et al.,                       )
                                           )
            Respondents.                   )

## JUDGMENT

Pursuant to the Order filed this same day, the Court GRANTS Petitioner's habeas petition. Respondents shall provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within five business days or otherwise release him.

IT IS SO ORDERED this 26th day of February, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE