UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELVIN ALEXANDER COREAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-151-J |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
| Respondents. | ) |

## ORDER

On March 4, 2026, Petitioner filed a Motion to Enforce Habeas Judgment and Release Petitioner [Doc. No. 22]. In light of the nature of the motion, the Court hereby SHORTENS Respondents' time to file their response to the motion and ORDERS Respondents to file their response by 9:00 a.m. on March 6, 2026.

IT IS SO ORDERED this 5th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE