UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ELVIN ALEXANDER COREAS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-26-151-J |
| | ) |
| KRISTI NOEM, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Before the Court is Petitioner's Motion to Enforce Habeas Judgment and Release Petitioner [Doc. No. 22]. On March 6, 2026, Respondents filed a Supplemental Status Report [Doc. No. 24]. In the report, Respondents advise the Court that on March 5, 2026, Petitioner was released from detention on his own recognizance. In light of Petitioner's release, the Motion to Enforce Habeas Judgment and Release Petitioner [Doc. No. 22] is now MOOT.

IT IS SO ORDERED this 6th day of March, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE